```
 1 │ DEBRA W. YANG
   │ United States Attorney
 2 │ JACQUELINE CHOOLJIAN
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEPHEN G. WOLFE (Cal. Bar No. 116400)
 4 │ Assistant United States Attorney
   │      1500 United States Courthouse
 5 │      312 North Spring Street
   │      Los Angeles, California 90012
 6 │      Telephone: (213) 894-7408
   │      Facsimile: (213) 894-3713
 7 │
   │ Attorneys for Plaintiff
 8 │ United States of America
 9 │
   │                UNITED STATES DISTRICT COURT
10 │
   │           FOR THE CENTRAL DISTRICT OF CALIFORNIA
11 │
12 │ UNITED STATES OF AMERICA,    ) No. CR 02-938-GHK
   │                              )
13 │           Plaintiff,         ) GOVERNMENT'S STATUS REPORT ON
   │                              ) COURT'S ORDER OF JUNE 20, 2003
14 │      v.                      )
   │                              )
15 │ BARRY BYRON MILLS, et al.,   )
   │                              )
16 │           Defendants.        )
   │                              )
17 │ _____ )
18 │
   │      Plaintiff United States of America hereby reports on the
19 │
   │ status of compliance with the court's order of June 20, 2003.
20 │
   │ Dated: July 21, 2003         Respectfully submitted,
21 │
22 │                              DEBRA W. YANG
   │                              United States Attorney
   │                              JACQUELINE CHOOLJIAN
23 │                              Assistant United States Attorney
   │                              Chief, Criminal Division
24 │
   │                              /s/ Stephen G. Wolfe
25 │                              _____
   │                              STEPHEN G. WOLFE
26 │                              Assistant United States Attorney
   │                              Attorneys for Plaintiff
27 │                              United States of America
28 │
```

ENTER ON ICMS

JUL 22 2003



## GOVERNMENT'S STATUS REPORT ON JUNE 20, 2003 COURT ORDER

On June 20, 2003, the court issued an order requiring that an effective Shepardizing program be installed on defendant McElhiney's legal research computer within 30 days, or that the government should show cause why it had not been done. The government hereby submits this report concerning the court's order.

Officials of the West Valley Detention Center have informed the government that the West Group informed officials at the Detention Center on July 15, 2003 that West Group could now provide a cite-checking program with suitable security features to prevent unauthorized Internet or telephone access by inmates. A demonstration was performed that day on a computer provided by West Group.

The program employs a dial-up modem to give access to the cite-checking capability without permitting unauthorized Internet access. For that reason, analog telephone lines are required. On July 16-18, such telephone lines were installed at the Detention Center. Late on July 18, and today, West Group began installing and testing the program on computers at the Detention Center, including those of the law librarian, defendant McElhiney, and other computers used for legal research by inmates at the facility.

A security issue has arisen during the testing concerning whether an inmate can be prevented from altering the dial-up modem to dial into a server other than the intended West Group

1

server, and thereby obtain unauthorized Internet access. Technicians of West Group and the Detention Center are working on that issue now. A second task also exists, involving arrangements with the Detention Center's contract carrier to carry the modem calls to the West Group server. The Detention Center and West Group are continuing installation and testing of the program on defendant McElhiney's computer and the other computers which will receive the program. The Detention Center is also working on arrangements for necessary telephone lines from their contract carrier. Both of these tasks are expected to be completed on Wednesday or Thursday, July 23 or 24.

CERTIFICATE OF SERVICE BY MAIL

I, Marian Cannon, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this certificate was made, that on July 21, 2003 I deposited in the United States mail in the United States Courthouse at 312 North Spring Street, Los Angeles, California, the above-entitled action, in an envelope bearing the requested postage, a copy of: **GOVERNMENT'S STATUS REPORT ON COURT'S ORDER OF JUNE 20, 2003**

addressed to: See Attachment

at their last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on July 21, 2003 Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.



**ATTACHMENT**

<u>UNITED STATES v. BARRY BYRON MILLS, et al.</u>
No. CR 02-938-GHK

Irene P. Ayala (Rafael Gonzalez-Munoz)
P.O. Box 351385
Los Angeles, California 90035

Larry Bakman (Richard Terflinger)
10100 Santa Monica Blvd., Suite 800
Los Angeles, CA 90067

Dale Michael Rubin (Richard Terflinger capital counsel)
2555 Huntington Drive, Suite A
San Marino, CA 91108

Darlene M. Ricker, (Michael McElhiney capital counsel)
29170 Heathercliff Road
Suite 4
Malibu, CA 90265

Michael Patrick McElhiney (Pro Se Defendant)
#0301343349
West Valley Detention Center
9500 N. Etiwanda Avenue
Rancho Cucamonga, CA 91739

Ellen Barry (Elliott Grizzle)
316 W. Second Street, Suite 1202
Los Angeles, California 90012

Madelynn Kopple (Elliott Grizzle capital counsel)
253 26th Street, Suite 285
Santa Monica, CA 90402

Ken Behzadi (Mark Nyquist)
10850 Wilshire Boulevard, 4th Floor
Los Angeles, CA 90024

Terrence Bennett (John Stinson capital counsel)
P.O. Box 709
Pasadena, CA 91102 0709

Paul Potter (John Stinson)
Potter, Cohen & Samulon
3852 East Colorado Blvd.
Pasadena, CA 91107

Brian Newman (Debra Stinson)
300 Corporate Pointe, Suite 330
Culver City, CA 90230

1  Jeff Brodey (Steven Hicklin capital counsel)
   9777 Wilshire Boulevard, Suite 900
2  Beverly Hills, California 90212-1902

3  Alan Rubin (Steven Hicklin)
   11755 Wilshire Boulevard, 15th Floor
4  Los Angeles, CA 90025

5  Michael Burt (Steve Scott capital counsel)
   600 Townsend, Suite 329E
6  San Francisco, CA 94103

7  Nancy S. Pemberton (Steve Scott)
   600 Townsend Street, Suite 329E
8  San Francisco, CA 94103

9  Donald Calabria (Edgar Hevle)
   16133 Ventura Boulevard, Suite 1270
10 Encino, CA 91436

11 Bernard Rosen (Edgar Hevle capital counsel)
   1717 Fourth Street, Suite 300
12 Santa Monica, CA 90401

13 Christopher Chaney (Gary Littrell capital counsel)
   801 North Brand Boulevard, Suite 930
14 Glendale, CA 91203

15 Alan Eisner (Gary Littrell)
   14401 Sylvan Street, Suite 112
16 Van Nuys, CA 91401

17 John Cotsirilos (David Chance capital counsel)
   2442 4th Avenue
18 San Diego, CA 92101

19 Knut Johnson (David Chance)
   1010 Second Avenue, Suite 1850
20 San Diego, CA 92101

21 Michael M. Crain (Robert Griffin capital counsel)
   P.O. Box 3730
22 Santa Monica, CA 90408

23 Joseph F. Walsh (Robert Griffin)
   316 West Second Street, Suite 1200
24 Los Angeles, CA 90012

25 Phillip Deitch (Thomas Hampton)
   5919 West Third
26 Los Angeles, California 90036

27 Brian Sun (Sean Darcy)
   100 Wilshire Boulevard, Suite 700
28 Santa Monica, California 90401

```
 1  Peter Giannini (Edward Burnett capital counsel)
    12304 Santa Monica Boulevard, Suite 105
 2  Los Angeles, CA 90025

 3  William S. Harris (Tyler Bingham)
    1499 Huntington Drive, Suite 403
 4  South Pasadena, CA 91030-5458

 5  Michael White (Tyler Bingham capital counsel)
    1717 4th St 3FL
 6  Santa Monica, CA 90401

 7  Timothy Lannen (Manuel Jackson)
    880 West First Street, Suite 304
 8  Los Angeles, CA 90012

 9  Joel Levine (Glen West)
    16000 Ventura Boulevard, Suite 500
10  Encino, CA 91436

11  Jay Lichtman (Edward Burnett)
    3550 Wilshire Boulevard, Suite 2000
12  Los Angeles, CA 90010

13  Michael Mayock (Brenda Riley)
    35 South Raymond Avenue, Suite 400
14  Pasadena, CA 90013

15  FredRicco McCurry (Cleo Roy)
    P.O. Box 3695
16  Van Nuys, CA 91407

17  Thomas Nishi (Michael Shepherd)
    1000 Wilshire Boulevard, Suite 600
18  Los Angeles, CA 90017

19  Mark Overland (Barry Mills capital counsel)
    Overland & Borenstein LLP
20  6060 Center Dr 7FL
    Los Angeles, CA 90045
21
    Julie Ruhlin (Barry Mills)
22  6060 Center Drive, 7th Floor
    Los Angeles, CA 90045
23
    Robert Ramsey (Joseph Principe)
24  Ramsey & Price
    445 South Figueroa Street, Suite 2640
25  Los Angeles, CA 90017

26  Dale Michael Rubin (Richard Terflinger capital counsel)
    2275 Huntington Drive, Suite 902
27  San Marino, CA 91108

28
```

1  Michael T. Shannon (Christopher Gibson)
   301 East Colorado Blvd., Suite 200
2  Pasadena, CA 91101-1922

3  James D. Gregory (Christopher Gibson capital counsel)
   Encino Office Park II
4  Suite 330
   6345 Balboa Blvd.
5  Encino, CA 91316

6  Gail Shifman (Lee Ann Martin)
   214 Duboce Avenue
7  San Francisco, CA 94103

8  Errol H. Stambler (Glenn Filkins)
   10880 Wilshire Boulevard, Suite 1050
9  Los Angeles, CA 90024

10 Chet Taylor (Donald Kennedy)
   3250 Wilshire Boulevard, Suite 1110
11 Los Angeles, CA 90010

12 Matthew Blake Wilson (Joanne Guthrie)
   1532 Sixth Avenue
13 San Diego, CA 92101

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28