

# San Bernardino County Sheriff's Department
## INMATE GRIEVANCE FORM

Grievance Number: 
Date: 
Assigned to: 

NAME: Michael M<sup>c</sup>Elhiney   BOOKING# 0301343349
HOUSING LOCATION: 5F-12   LOCATION OF OCCURRENCE: WVDC
DATE/TIME OF OCCURRENCE: 07/24/03   DATE OF COMPLAINT: 07/25/03

EXPLAIN YOUR COMPLAINT. INCLUDE DATES, TIMES, AND NAMES OF PERSONS INVOLVED.

Sgt DeBord — the 'warning' issued to me regarding alleged abuses of my pro per privileges are without merit and completely groundless especially when viewed in light of SCA J. Lopez opinion.

I typed up a Declaration that is in support of my Motion for Order to Show Cause re Contempt (detailing your facility's abject failure to abide by federal court order) — my codefendant's declaration needs to be signed and as a pro se litigant in a Joint Defense Agreement I must share/inform all codefendants' counsel. Due to this Facility's irrational security policies I am prohibited from communicating with my co-defendants. Your actions are unreasonable and impede my ability to litigate effectively.

This facility must recognize its County Jail rules do not apply especially in the matter of pro se representation in federal court. SCA Lopez is ignorant of federal law/procedure. I suggest you ask AUSA Jessner/Wolfe before you threaten me again... or interfere with my litigation.

ATTACH ADDITIONAL PAGES IF NEEDED

Inmate's Signature: M<sup>c</sup>Elhiney

Received by: LONG B5916   Date: 072503   Time: 0655
Employee's Name (Please Print)

Original: Inmate's Booking Jacket   Yellow Copy: Inmate   Photocopy: Administration File
Rev. 12/99                                                                    GHRC P.S. # 1003

# ATTACHMENT #21 [A-21]

{Disciplinary Report "Abuse of the Grievance System"}
[July 25, 2003]

# SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
# BUREAU OF DETENTIONS AND CORRECTIONS
# INMATE DISCIPLINE REPORT



W.V.D.C.: ☒
G.H.R.C.: ☐
C.D.C.: ☐
OTHER: ☐

Page 1 of 1

## INMATE INFORMATION

| NAME: LAST, FIRST, MIDDLE | ASSIGNED HOUSING LOCATION | BOOKING NUMBER |
|---|---|---|
| ☒ Pre-Sentenced  ☐ Sentenced   McElhiney, Michael | 5 "F" 12 | 0301343349 |

| JDR VIOLATION | Abuse of grievance system. | | JDR NUMBER |
|---|---|---|---|
| ☐ 12/2520. Offense against a person  ☒ 12/2530. Facility tranquility  ☐ 12/2540. Property offenses | (MAXIMUM RECOMMENDATION) JDR RECOMMENDATION: Days: 10  G&W: 20 | | 050412 |
| ☐ 12/2550. Administrative offenses  ☐ 12/2520. Security violations | | | |

| NEW HOUSING LOC. | LOCATION OF INMATE'S PROPERTY | PRIOR DISCIPLINE RECORD (LOCKDOWNS, ETC.): |
|---|---|---|
| Same | None Taken | Multiple |

## INCIDENT INFORMATION

| DATE/TIME OF INCIDENT: | LOCATION OF INCIDENT: | ATTACHED STATEMENT(S) BY: |
|---|---|---|
| 07/25/03 0800 Hrs. | Unit 5 Segment "F" | ☐ Deputy  ☐ Inmate Witness & Info.  ☐ Staff  ☒ None  ☐ Other |

**DETAILED SYNOPSIS OF INCIDENT:**

Inmate McElhiney has been in custody at West Valley Detention Center since January of 2003. During this time McElhiney has filed one hundred and three grievances to date. McElhiney has been warned in writing, the grievance system is not a means to insult or degrade staff members. McElhiney continues to file grievances insulting and attacking staff members despite prior warning. Comments such as, SGT. DeBord should consider donning protective headgear and SCA. Lopez is ignorant will not be tolerated in grievance form.
The grievance system is in place for inmates to resolve grievances relating to any conditions of confinement, included but not limited to: medical care; classification actions; disciplinary actions; program participation; telephone, mail, and visiting procedures; and food, clothing and bedding. Title 15 California Code Of Regulations, 1073. Inmate Grievance Procedure.
Inmate McElhiney should refrain from degrading staff members in grievances and focus on the issues he is dissatisfied with. This will allow West Valley Detention Center the opportunity to address the matter.

**INMATE STATEMENTS:** You can't put me on discipline for that.

| REPORTING OFFICER/ID #: | COPY GIVEN TO INMATE BY: | REP. OFFICER ASSIGNMENT: | DEPUTY DISCIPLINE RECOMMENDATION |
|---|---|---|---|
| Rice / B6731 | Rice | Unit 5 | DAYS 10   G&W TIME: 0 |

## SUPERVISOR'S REVIEW

| REVIEWED BY: | DATE REVIEWED | DISCIPLINE RECOMMENDATION: |
|---|---|---|
| [signature] | 7/25/03 | ☐ Discipline approved per JDR recommendation.  ☐ Modify discipline as follows:   5 DAYS |

## DISCIPLINE REVIEW

WAIVED 24 HR LIMIT.  ☐ YES  ☐ NO  ☐ N/A

**ADDITIONAL INMATE STATEMENTS:**

| REVIEWED BY: | DATE REVIEWED | DISCIPLINARY ACTION |  |
|---|---|---|---|
|  |  | ☐ Discipline approved as recommended above.  ☐ Modify discipline as follows: |  |
| SPEC. DIET APP. BY LT.: | (MAX: 6 Meals over 3 days) BEGINS: | DISCIPLINARY ACTION BASED ON:  ☐ Synopsis Above  ☐ Disciplinary History  ☐ Attached Statements  ☐ Other: | DISCIPLINE OUT DATE: |

## FACILITY MANAGER'S REVIEW

| FACILITY MANAGER: | COMMENTS: | | ☐ (Spec. Diet over 72 hours) |
|---|---|---|---|

## DISTRIBUTION

| ☒ (Original) Administrative File  ☒ Inmate's Jacket  ☒ Classification Board  ☒ Inmate  ☐ Special Services  ☐ Culinary | DELIVERED BY: Rice | DATE: 06/11/03 |
|---|---|---|

ASU#000402 eff. 6/2000

# ATTACHMENT #22 [A-22]

{Prisoner Grievance #39: Filed on March 30, 2003}

{Grievance Response [No Number or Date]}



#39

# San Bernardino County Sheriff's Department
## INMATE GRIEVANCE FORM

Grievance Number:

Date:

Assigned to:

NAME Michael McElhiney   BOOKING# 0301343349

HOUSING LOCATION 5-A-04   LOCATION OF OCCURRENCE WVDC

DATE/TIME OF OCCURRENCE ONGOING   DATE OF COMPLAINT 03/30/03

**EXPLAIN YOUR COMPLAINT. INCLUDE DATES, TIMES, AND NAMES OF PERSONS INVOLVED.**

Due to the extended delay between placing food on our trays and actual serving (some 5-6 hours) our bread is stale from exposure.

2 possible solutions to this problem are:

1) Have the bread slices wrapped (similar to how the lunch bags are prepared; or

2) Have the food Serving Deputy pass out our bread individually (and separate from the trays) while in its bag.

Just a suggestion - I'm sure if staff thinks about it they can arrive at an equitable solution since there really is no reason to serve us stale bread.

**ATTACH ADDITIONAL PAGES IF NEEDED**

Inmate's Signature: Michael McElhiney

Received by: BURT
Employee's Name ( Please Print )

Date: 03-30-03   Time: 1201

Original: Inmate's Booking Jacket   Yellow Copy: Inmate   Photocopy: Administration File

Rev. 12/99   GHRC P.S.# 1003



#39

# San Bernardino County Sheriff's Department
# INMATE GRIEVANCE FORM

Summary

| Grievance Number: |
| Date: |

Inmates Name: **Michael McElhiney**   Booking Number: **0301343349**

Investigation Conducted by: **C. Newland**   Emp Number: **N0363**

**Summary of Complaint and Findings**

Inmate McElhiney suggests two solutions to the problem of stale bread at chow time.

1. Have the bread individually wrapped.
2. Have the deputy pass the bread out the same time chow is served.

**Action Taken**

Thank the inmate for his suggestion.

Reviewed by _____   Duty Lt. Approved _____   Facility Administrator

Inmate given a written reply on _____ / _____   At _____ / _____   By _____   Print Name
                                     Date                Time

This complaint has been discussed with me and I have been advised of the findings

Inmates Signature

Photocopy: Administration File

# ATTACHMENT #23 [A-23]

{Prisoner Grievance #98: Filed July 12, 2003}

{Grievance Response #07-03-106: Filed July 15, 2003}

ATT 23



#98

# San Bernardino County Sheriff's Department
## INMATE GRIEVANCE FORM

| Grievance Number: |
| Date: |
| Assigned to: |

NAME **Michael McElhiney**  BOOKING# **0301343349**
HOUSING LOCATION **5F-12**  LOCATION OF OCCURRENCE **WVDC**
DATE/TIME OF OCCURRENCE **07/11/03**  DATE OF COMPLAINT **07/12/03**

EXPLAIN YOUR COMPLAINT. INCLUDE DATES, TIMES, AND NAMES OF PERSONS INVOLVED.

MEDICAL: J. Henry R.N. Spivr

Yesterday, attempting to attend the MRI scheduled for over 2 months, the SBCSD instituted a "new policy".

The "new policy" is to transport this prisoner from WVDC to Arrowhead with a bag on his head.

Just the day before, on July 10, I went to Arrowhead for a Biopsy on my lip. No bag was placed on my head.

It is apparent that these new "policy" moves are only being implemented as a means of retaliation because Sgt Hahn objects to our presence, to our using the law to our advantage.

Now you people have denied me access to necessary medical treatment for no good cause and I intend to see you suffer legally. I do not 'hide' behind the law – I use it to bind idiots

ATTACH ADDITIONAL PAGES IF NEEDED

Inmate's Signature: M Elhiney

Received by: **J. MELENDREZ**
Employee's Name (Please Print)
Date: **071203** Time: **2037**

Original: Inmate's Booking Jacket   Yellow Copy: Inmate   Photocopy: Administration File
Rev. 12/99   GHRC P.S.# 1003



#98

## San Bernardino County Sheriff's Department
## INMATE GRIEVANCE FORM

Summary

| Grievance Number: |
|---|
| 07-03-106 |
| Date: |
| 071503 |

Inmates Name   **McElhiney, Michael**          Booking Number  **0301343349**

Investigation Conducted by   **W. De Bord, Sergeant**        Emp Number  **D0536**

### Summary of Complaint and Findings

**COMPLAINT:**

Inmate McElhiney complains that he missed a medical appointment because of a "new policy".

**FINDINGS:**

A security procedure has been implemented requiring that these inmates be hooded during transportation off the facility. McElhiney's response was to refuse to go to his medical appointment.

Security is paramount. McElhiney's failure to conform with security procedures and refusal of medical treatment was entirely his choice.

### Action Taken

**Grievance answered.**

Reviewed by _____  Duty Lt.  Approved _____  Facility Administrator

Inmate given a written reply on _____  At _____  By _____
                                   Date          Time             Print Name

This complaint has been discussed with me and I have been advised of the findings

Inmates Signature

Original: Inmate's Booking Jacket    Yellow Copy: Inmate    Photocopy: Administration File

# ATTACHMENT #24[A-24]

{Grievance Response #06-03-247: Filed June 27, 2003}

ATT 24



#92

# San Bernardino County Sheriff's Department
## INMATE GRIEVANCE FORM
### Summary

Grievance Number: 06-03- 247
Date: 06-27-03

Inmates Name: **Michael McElhiney**   Booking Number **0301343349**

Investigation Conducted by: **W. De Bord, Sergeant**   Emp Number **D0536**

Summary of Complaint and Findings

**COMPLAINT:**

Inmate McElhiney is complaining that the room utilized as a temporary law library was searched while he was not occupying it.

**FINDINGS:**

The temporary law library is a part of the West Valley Detention Center. The contents of this room were placed by there by personnel of the facility. Though an inmate conducts research and prepares litigation in the room, the room is still a part of the facility. The room has not been granted sovereign status of the inmate. The room and its contents are susceptible to search. The contents of the room should be search periodically to insure the inmate complies with the policies and provisions of the facility. The computer will be inspected to insure it is operational and intact.

Action Taken

**Grievance answered.**

Reviewed by _____ Duty Lt.   Approved _____ Facility Administrator

Inmate given a written reply on __07-02-03__ At __0615__ By __HAZARD__
                                    Date              Time        Print Name

This complaint has been discussed with me and I have been advised of the findings

REFUSED
Inmates Signature

# CERTIFICATE OF SERVICE

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of

**JOINT BRIEF RE: IMPACT OF CONDITIONS OF CONFINEMENT UPON DEFENDANT'S EFFECTIVE SELF REPRESENTATION**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] By hand deliver addressed as follows:

[ ] By messenger as follows:

[X] Placed in a sealed envelope, for collection and mailing via United States Mail, addressed as follows:

[] By facsimile as follows:

[] By federal express as follows:

### SEE ATTACHED

This Certificate is executed on **OCTOBER 23, 2003** at Los Angeles, California

I certify under penalty of perjury that the foregoing is true and correct

_____
**CAREY P. CRONIN**

**ATTACHMENT**

<u>UNITED STATES v. BARRY BYRON MILLS, et al.</u>
No. CR 02-938-GHK

Irene P. Ayala
P.O. Box 351385
Los Angeles, California 90035

Larry Bakman
10100 Santa Monica Blvd., Suite 800
Los Angeles, CA 90067

James H. Barnes
15760 Ventura Boulevard, 7th Floor
Encino, CA 91436

Ellen Barry
316 W. Second Street, Suite 1202
Los Angeles, California 90012

Ken Behzadi
10850 Wilshire Boulevard, 4th Floor
Los Angeles, CA 90024

Terrence Bennett
P.O. Box 709
Pasadena, CA 91102 0709

Brian Newman
300 Corporate Pointe, Suite 330
Culver City, CA 90230

Jeff Brodey
9777 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212-1902

Michael Burt
600 Townsend, Suite 329E
San Francisco, CA 94103

Donald Calabria
16133 Ventura Boulevard, Suite 1270
Encino, CA 91436

Christopher Chaney
801 North Brand Boulevard, Suite 930
Glendale, CA 91203

```
 1  John Cotsirilos
    2442 4th Avenue
 2  San Diego, CA 92101

 3
    Michael M. Crain
 4  P.O. Box 3730
    Santa Monica, CA 90408
 5
    Phillip Deitch
 6  5919 West Third
    Los Angeles, California 90036
 7
    Brian Sun
 8  100 Wilshire Boulevard, Suite 700
    Santa Monica, California 90401
 9
    Alan Eisner
10  14401 Sylvan Street, Suite 112
    Van Nuys, CA 91401
11
    Peter Giannini
12  12304 Santa Monica Boulevard, Suite 105
    Los Angeles, CA 90025
13
    James D. Gregory
14  Encino Office Park II
    Suite 330
15  6345 Balboa Blvd.
    Encino, CA 91316
16
    William S. Harris
17  1499 Huntington Drive, Suite 403
    South Pasadena, CA 91030-5458
18
    Michael Patrick McElhiney
19  #0301343349
    West Valley Detention Center
20  9500 N. Etiwanda Avenue
    Rancho Cucamonga, CA 91739
21
    Knut Johnson
22  1010 Second Avenue, Suite 1850
    San Diego, CA 92101
23
    Madelynn Kopple
24  253 26th Street, Suite 285
    Santa Monica, CA 90402
25

26
```

```
 1  Timothy Lannen
    880 West First Street, Suite 304
 2  Los Angeles, CA 90012

 3  Joel Levine
    16000 Ventura Boulevard, Suite 500
 4  Encino, CA 91436

 5  Jay Lichtman
    3550 Wilshire Boulevard, Suite 2000
 6  Los Angeles, CA 90010

 7  Michael Mayock
    35 South Raymond Avenue, Suite 400
 8  Pasadena, CA 90013

 9  FredRicco McCurry
    P.O. Box 3695
10  Van Nuys, CA 91407

11  Thomas Nishi
    1000 Wilshire Boulevard, Suite 600
12  Los Angeles, CA 90017

13  Mark Overland
    Overland & Borenstein LLP
14  6060 Center Dr 7FL
    Los Angeles, CA 90045
15
    Nancy S. Pemberton
16  600 Townsend Street, Suite 329E
    San Francisco, CA 94103
17
    Paul Potter
18  Potter, Cohen & Samulon
    3852 East Colorado Blvd.
19  Pasadena, CA 91107

20  Robert Ramsey (
    Ramsey & Price
21  445 South Figueroa Street, Suite 2640
    Los Angeles, CA 90017
22
    Darlene Ricker
23  29170 Heathercliff Road, Suite 4
    Malibu, CA 90265
24
    Bernard Rosen
25  1717 Fourth Street, Suite 300
    Santa Monica, CA 90401
26
```

```
 1
    Alan Rubin
 2  11755 Wilshire Boulevard, 15th Floor
    Los Angeles, CA 90025
 3
    Dale Michael Rubin
 4  2275 Huntington Drive, Suite 902
    San Marino, CA 91108
 5
    Julie Ruhlin
 6  6060 Center Drive, 7th Floor
    Los Angeles, CA 90045
 7
    Michael T. Shannon
 8  301 East Colorado Blvd., Suite 600
    Pasadena, CA 91101-1922
 9
    Gail Shifman
10  214 Duboce Avenue
    San Francisco, CA 94103
11
    Errol H. Stambler
12  10880 Wilshire Blvd., Suite 1050
    Los Angeles, CA 90024
13
    Chet Taylor
14  3250 Wilshire Boulevard, Suite 1110
    Los Angeles, CA 90010
15
    Joseph F. Walsh
16  316 West Second Street, Suite 1200
    Los Angeles, CA 90012
17
    William Welch
18  505 Broadway
    San Francisco, CA 94133
19
    Michael White
20  1717 4th St 3FL
    Santa Monica, CA 90401
21
    Matthew Blake Wilson
22  1532 Sixth Avenue
    San Diego, CA 92101
23
    Kenneth Miller
24  107 Avenida Miramar, Suite D
    San Clememte, CA 92672
25

26
```

1  Jack M. Earley
   19900 MacArthur Boulevard
2  Suite 950
   Irvine, CA 92612