DARLENE M. RICKER
State Bar # 151653
25019 W. Pacific Coast Hwy.
P.O. Box 2285
Malibu, California 90265
Telephone: (310) 457-8600
Facsimile: (310) 457-8602
Email: dmricker@aol.com

Standby counsel for *pro se* Defendant
MICHAEL PATRICK McELHINEY

ERK. U.S. DISTRICT COURT

DEC 1 0 2004

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (WESTERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR 02-938-GHK |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| MICHAEL PATRICK McELHINEY, | |
| Defendant. | |

PLEASE TAKE NOTICE that Darlene Ricker, standby counsel for pro se defendant

Michael Patrick McElhiney, has changed her mailing address to:  **P.O. Box 2285, Malibu, CA**

**90265**.

Non-mailable items (such as FedEx or UPS) may be delivered to counsel's new office

address:  **25019 W. Pacific Coast Hwy., Malibu, CA 90265.**

Counsel's telephone and facsimile numbers, and email address, remain unchanged.

December 8, 2004                                          Respectfully submitted,

                                                          *DMRicker*
                                                          Darlene M. Ricker
                                                          Attorney for *pro se* Defendant
                                                          Michael Patrick McElhiney

1697

1

**PROOF OF SERVICE**

2

3    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 25019 W. Pacific Coast Hwy., Malibu, California 90265.

4

5    At the direction of a member of the bar of this Court, I served the foregoing document described as **"NOTICE OF CHANGE OF ADDRESS"** on December 8, 2004, on all interested parties in this action as follows:

6

7    **SEE ATTACHED SERVICE LIST**

8

9    ( x    )    By mail, I caused said document to be placed in an envelope, with postage thereon fully prepaid, in the United States mail at Malibu, California.

10

11    (    )    By facsimile, I caused said document to be transmitted for immediate receipt to the office(s) of the addressee(s) listed above/on the attached service list to the corresponding facsimile number(s) indicated by "*."

12    (    )    By personal service, I caused said document to be personally delivered to the office(s) of the addressee(s) via messenger.

13

14    (    )    By Federal Express, I caused said document to be delivered for overnight/next business to the office(s) of the addressee(s).

15

16    Executed on December 8, 2004, at Malibu, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.

17

18

19    CAROL CATALDO-RAMIREZ

20

21

22

23

24

25

26

27

28

**NOTICE OF CHANGE OF ADDRESS**

**ATTACHMENT**

**UNITED STATES v. BARRY BYRON MILLS, et al.**
**No. CR 02-938-GHK**

AUSA Gregory Jessner
AUSA Stephen Wolfe
1500 U.S. Courthouse
312 N. Spring Street
Los Angeles, CA 90012

Larry Bakman (Richard Terflinger)
10100 Santa Monica Blvd., Suite 800
Los Angeles, CA 90067

Michael R. Belter (Ronald Boyd Slocum capital counsel)
65 North Raymond, Suite 320
Pasadena, California 91103

Terrence Bennett (John Stinson capital counsel)
P.O. Box 709
Pasadena, CA 91102-0709

James Bisnow (Michael McElhiney Advisory Learned Capital Counsel)
880 West First Street, Suite 304
Los Angeles, CA  90012

Donald Calabria (Edgar Hevle)
16133 Ventura Boulevard, Suite 1270
Encino, CA 91436

Sonia E. Chahin (Steve Scott)
2222 Foothill Blvd., Suite E-278
La Canada, CA 91011

Christopher Chaney (Gary Littrell capital counsel)
1055 East Colorado Boulevard, Suite 310
Pasadena, CA 91106

Benjamin Coleman (Elliott Grizzle capital counsel)
433 G Street, Suite 202
San Diego, CA 92101

John Cotsirilos (David Chance capital counsel)
2442 4th Avenue
San Diego, CA 92101

Michael M. Crain (Robert Griffin capital counsel)
P.O. Box 3730
Santa Monica, CA 90408

Philip Deitch (Thomas Hampton)
P.O. Box 8025
Van Nuys, California 91406-8025

Mark H. Donatelli (Henry Michael Houston)
1215 Paseo De Peralta
P.O. Box 8180
Santa Fe, New Mexico 87504-8180


David R. Evans (Wayne Bridgewater)
202 South Lake Avenue, Suite 230
Pasadena, CA 91101

Peter Giannini (Edward Burnett capital counsel)
12304 Santa Monica Boulevard, Suite 105
Los Angeles, CA 90025

Christopher O. Gibson
#0212300394
West Valley Detention Center 5F-13
9500 N. Etiwanda Avenue
Rancho Cucamonga, CA 91739

William S. Harris (Tyler Bingham)
1499 Huntington Drive, Suite 403
South Pasadena, CA 91030-5458

Amy E. Jacks (Steve Scott capital counsel)
1717 4th Street, Suite 300
Santa Monica, CA 90401

Knut Johnson (David Chance)
1010 Second Avenue, Suite 1850
San Diego, CA 92101

Kenly Kiya Kato (Ronald Boyd Slocum)
468 N. Camden Drive, Suite 200
Beverly Hills, CA  90210

Madelynn Kopple (Elliott Grizzle capital counsel)
253 26th Street, Suite 285
Santa Monica, CA 90402

Timothy Lannen (Manuel Jackson)
880 West First Street, Suite 304
Los Angeles, CA 90012

Jay Lichtman (Edward Burnett)
3550 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90010

Edward M. Medvene (Gary Littrell)
Lightfoot, Vandevelde, Sadowsky Medvene & Levine
655 South Hope Street, Thirteenth Floor
Los Angeles, CA  90017-3211

```
 1   Michael S. Meza (Mark Nyquist)
     333 City Blvd., West, 17th Floor
 2   Orange, CA 92868

 3   Kenneth Miller (Jason Lee Schwyhart CJA counsel)
     107 Avenida Miramar, Suite D
 4   San Clemente, California 92672

 5   Michael Patrick McElhiney
     Reg. No. 04198-097 (8-N)
 6   Metropolitan Detention Center
     P.O. Box 1500
 7   Los Angeles, CA 90053

 8   Michael Molfetta (Glenn Filkins)
     5120 Campus Drive
 9   Newport Beach, CA 92660

10   Marcia Morrissey (John Stanley Campbell, Jr.)
     2115 Main Street
11   Santa Monica, CA 90405

12   Brian Newman (Debra Stinson)
     300 Corporate Pointe, Suite 330
13   Culver City, CA 90230

14   Thomas Nishi (Michael Shepherd)
     1000 Wilshire Boulevard, Suite 600
15   Los Angeles, CA 90017

16   Ezekiel P. Perlo (Jason Lee Schwyhart)
     16133 Ventura Blvd., Suite 1270
17   Encino, CA 91436

18   Paul Potter (John Stinson)
     Potter, Cohen & Samulon
19   3852 East Colorado Blvd.
     Pasadena, CA 91107
20
     Michael J. Proctor (Henry Michael Houston)
21   1000 Wilshire Blvd., Suite 600
     Los Angeles, CA 90017
22
     Robert Ramsey (Joseph Principe)
23   Ramsey & Price
     445 South Figueroa Street, Suite 2640
24   Los Angeles, CA 90017

25   Kenneth A. Reed (Cleo Roy)
     404 W 4th Street, #C
26   Santa Ana, CA 92701

27   Darlene M. Ricker (Michael McElhiney - standby counsel)
     P.O. Box 2285
28   Malibu, CA 90265
```

 1

 Bernard Rosen (Edgar Hevle capital counsel)
 2  1717 Fourth Street, Suite 300
 Santa Monica, CA 90401
 3

 Alan Rubin (Steven Hicklin)
 4  11755 Wilshire Boulevard, 15th Floor
 Los Angeles, CA 90025
 5  Dale Michael Rubin (Richard Terflinger capital counsel)
 2275 Huntington Drive, Suite 902
 6  San Marino, CA 91108

 7  Ira M. Salzman (Rafael Gonzalez-Munoz)
 600 South Lake Avenue, #410
 8  Pasadena, CA 91106

 9  Janet Sherman (John Stanley Campbell, Jr.)
 2115 Main Street
10  Santa Monica, CA 90405

11  Gail Shifman (Lee Ann Martin)
 214 Duboce Avenue
12  San Francisco, CA 94103

13  Richard M. Steingard, Esq. (Wayne Bridgewater)
 800 Wilshire Blvd., Suite 1510
14  Los Angeles, CA 90017

15  Dean Steward (Barry Mills)
 107 Avenida Miramar, Suite C
16  San Clemente, CA 92672

17  Chet Taylor (Donald Kennedy)
 3250 Wilshire Boulevard, Suite 708
18  Los Angeles, CA 90010

19  Joseph F. Walsh (Robert Griffin)
 316 West Second Street, Suite 1200
20  Los Angeles, CA 90012

21  William Welch (Marty Foakes)
 506 Broadway
22  San Francisco, California 94133

23  Michael White (Tyler Bingham capital counsel)
 1717 4th St 3FL
24  Santa Monica, CA 90401

25

26

27

28