DARLENE RICKER
State Bar # 151653
P.O. Box 2285
Malibu, California 90265
Telephone: (310) 457-8600
Facsimile: (310) 457-8602
Email: dmricker@aol.com

Standby counsel for defendant
MICHAEL PATRICK McELHINEY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL PATRICK McELHINEY,

Defendant.

Case No. CR-02-938-GHK

**REQUEST FOR INCREASE TO CAPITAL RATE BY STANDBY COUNSEL FOR DEATH-AUTHORIZED DEFENDANT MICHAEL McELHINEY; DECLARATION OF DARLENE RICKER**

**[PROPOSED] ORDER LODGED**

Judge: Hon. George H. King
Time/Date: N/A

Darlene M. Ricker, appointed standby counsel for death-authorized defendant Michael Patrick McElhiney, hereby requests that she be compensated at the CJA capital counsel rate for work performed on the instant case on or after October 4, 2005, the date on which Mr. McElhiney received death authorization from the Government.

**REQUEST FOR INCREASE TO CAPITAL RATE; DARLENE RICKER DECLARATION**

This request is based upon memoranda from the Administrative Office of the United States Courts, which announced a maximum $160 hourly capital compensation rate for work performed on or after February 1, 2005, and a maximum rate of $163 per hour for work performed on or after January 1, 2006, and upon the attached Declaration of Counsel [Darlene M. Ricker].

Respectfully submitted,

DATED:  January 10, 2006

DARLENE RICKER
Standby counsel for defendant
MICHAEL PATRICK McELHINEY

-2-

**REQUEST FOR INCREASE TO CAPITAL RATE; DARLENE RICKER DECLARATION**

# DECLARATION OF COUNSEL
## [DARLENE RICKER]

I, DARLENE RICKER, state and declare as follows:

1.  I am an attorney licensed to practice law in the state of California and before the bar of this Court. All of the facts stated herein are true of my personal knowledge or upon belief and information and if called upon to testify thereto, I could and would do so competently.

2.  This declaration is made in support of the attached Request for Increase to Capital Compensation Rate in the instant case.

3.  From the outset of the instant case, this has been designated as a federal capital prosecution and Michael Patrick McElhiney has been designated as a death-eligible defendant.

4.  On April 15, 2003, the Court appointed me at the standard CJA attorney rate of $90 per hour to represent Mr. McElhiney as guilt-phase standby counsel, effective *nunc pro tunc* to April 3, 2003.

5.  The Court has previously indicated that it would consider requests for an increase to capital rates by guilt-phase counsel in the instant

-3-

REQUEST FOR INCREASE TO CAPITAL RATE; DARLENE RICKER DECLARATION

case after death authorization was obtained by the Government. (For example, the docket reflects that on July 11, 2005, the Court ordered that both guilt and penalty phase counsel for co-defendant Robert Griffin in the instant case were to be compensated at the $160 hourly capital rate because Mr. Griffin had been death-authorized.)

6. On October 4, 2005, the Government filed its Notice of Intent to Seek the Death Penalty against Mr. McElhiney.

7. Because Mr. McElhiney has been death-authorized, I respectfully request that the Court order that I be compensated at the capital rate, effective *nunc pro tunc* to October 4, 2005.

8. On January 28, 2005, the Administrative Office of the United States Courts issued a memorandum stating that effective February 1, 2005, the maximum CJA capital counsel rate would be increased from $125 to $160 per hour.

9. On January 4, 2006, the Office of the CJA Supervising Attorney for the Central District issued a memorandum stating that pursuant to Public Law 109-115, effective January 1, 2006, the maximum CJA capital counsel rate would be increased from $160 to $163 per hour.

-4-

**REQUEST FOR INCREASE TO CAPITAL RATE; DARLENE RICKER DECLARATION**

10. I believe that my 10 years of experience on federal capital matters qualifies me for the maximum hourly rate, based on the following:

(a) In the mid-1990s, I assisted lead counsel on several federal capital habeas matters in the Central District (*Kelvin Malone v. Calderon*, # CV-96-4040-WJR; *Earl Jones v. Calderon*, # CV-94-816-WMB). I drafted major portions of those federal petitions;

(b) I have been a member of the federal Capital Habeas Attorney Panel in this district since the inception of that panel in 1998;

(c) I was a member of the federal Capital Habeas Attorney Panel in the Northern District of California and was appointed as counsel for capital petitioner David Esco Welch (*Welch v. Woodford*, # CV-00-20242-RMW) at the maximum CJA capital rate;

(d) For the past seven years, I have been lead counsel in the federal capital habeas matter of *Bradford v. Woodford*, # CV-98-6453-RSWL. On March 10, 1999, I was appointed as counsel for capital petitioner Bill Bradford at the maximum CJA capital rate;

(e) I am currently CJA counsel in the pending federal capital habeas matter of *Mendoza v. Stokes*, CV-03-6194-SJO (Cent. Dist.

- 5 -

REQUEST FOR INCREASE TO CAPITAL RATE; DARLENE RICKER DECLARATION

Calif.).  I was appointed at the maximum CJA capital rate; and

(f) I have handled federal death-eligible prosecutions in this district,

including *United States v. Figueroa et al*, # ED-CR-01-88-RT, in

which I was appointed as learned capital counsel and was

compensated at the maximum capital rate.

11.   In addition to my federal capital experience, I have handled several

state-level capital matters, both at the trial and appellate levels,

including:

(a)   I hold a dual appointment as appellate and habeas counsel for

Randall Clark Wall, whose capital case is pending before the

Supreme Court of California (# S044693).  I have represented

Mr. Wall for the past 5 years and was appointed in October

2000.  I also represented Mr. Bradford, the federal capital

petitioner referenced in para. 10 (d), in his state exhaustion

proceedings before the California Supreme Court; and

(b)   In 1998, I was retained to assist lead counsel with a high-

profile capital murder trial that lasted three months in Los

Angeles Superior Court (*People v. John Orr*) (Glendale Fire

-6-

**REQUEST FOR INCREASE TO CAPITAL RATE; DARLENE RICKER DECLARATION**

Department arson investigator capitally charged with four arson-murders).  I worked extensively on guilt- and penalty-phase issues.

12.   Based on the foregoing, I respectfully request that the Court order *nunc pro tunc* that I may be compensated at the CJA capital rate of $160 per hour, effective October 4, 2005 (the date on which Mr. McElhiney was death-authorized), and at $163 per hour effective January 1, 2006 (in accordance with the most recent increase in the CJA capital counsel rate).


Executed this 10th day of January, 2006, under penalty of perjury of the laws of the United States of America, at Malibu, California.

_____
DARLENE M. RICKER

-7-

**REQUEST FOR INCREASE TO CAPITAL RATE; DARLENE RICKER DECLARATION**

**PROOF OF SERVICE**

I, Darlene Ricker, declare that: I am employed in Los Angeles County, California; my business address is P.O. Box 2285, Malibu, California 90265; I am over the age of eighteen years; I am not a party to the above-entitled action; I am a member of the Bar of the United States District Court for the Central District of California, and that I served a copy of the attached "**REQUEST FOR INCREASE TO CAPITAL RATE BY STANDBY COUNSEL FOR DEFENDANT MICHAEL McELHINEY; DARLENE RICKER DECLARATION**" on the following individual(s), addressed as follows, by placing same in a sealed envelope for collection and mailing via the United States Post Office at Malibu, California, with sufficient first-class postage attached, on January 9, 2006:

**SEE ATTACHED SERVICE LIST**

This proof of service is executed at Malibu, California, on January 9, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DARLENE M. RICKER

**REQUEST FOR INCREASE TO CAPITAL RATE; DARLENE RICKER DECLARATION**

**ATTACHMENT**

**UNITED STATES v. BARRY BYRON MILLS, et al.**
No. CR 02-938-GHK

AUSA Steve Wolfe
1200 U.S. Courthouse
312 N. Spring Street
Los Angeles, CA 90012

Larry Bakman (Richard Terflinger)
10100 Santa Monica Blvd., Suite 800
Los Angeles, CA 90067

Michael R. Belter (Ronald Boyd Slocum capital counsel)
65 North Raymond, Suite 320
Pasadena, California 91103

Terrence Bennett (John Stinson capital counsel)
P.O. Box 709
Pasadena, CA 91102-0709

James Bisnow (Michael McElhiney Advisory Learned Capital Counsel)
880 West First Street, Suite 304
Los Angeles, CA  90012

Reuben Cahn (Elliott Grizzle)
225 Broadway, Suite 900
San Diego, CA 92101

Christopher Chaney (Gary Littrell capital counsel)
1055 East Colorado Boulevard, Suite 310
Pasadena, CA 91106

Benjamin Coleman (Elliott Grizzle capital counsel)
433 G Street, Suite 202
San Diego, CA 92101

John Cotsirilos (David Chance capital counsel)
2442 4th Avenue
San Diego, CA 92101

Michael M. Crain (Robert Griffin capital counsel)
P.O. Box 3730
Santa Monica, CA 90408

Mark H. Donatelli (Henry Michael Houston)
1215 Paseo De Peralta
P.O. Box 8180
Santa Fe, New Mexico 87504-8180

David R. Evans (Wayne Bridgewater)
202 South Lake Avenue, Suite 230
Pasadena, CA 91101

1

2  Amy E. Jacks (Steve Scott)
   1717 4th Street, Suite 300
3  Santa Monica, CA 90401

4  Knut Johnson (David Chance)
   1010 Second Avenue, Suite 1850
5  San Diego, CA 92101

6  Kenly Kiya Kato (Ronald Boyd Slocum)
   468 N. Camden Drive, Suite 200
7  Beverly Hills, CA   90210

8  Jay Lichtman (Edward Burnett)
   3550 Wilshire Boulevard, Suite 2000
9  Los Angeles, CA 90010

10 Edward M. Medvene (Gary Littrell)
   Lightfoot, Vandevelde, Sadowsky Medvene & Levine
11 655 South Hope Street, Thirteenth Floor
   Los Angeles, CA   90017-3211

12 Michael Patrick McElhiney
   Reg. No. 04198-097 (8-N)
13 Metropolitan Detention Center
   P.O. Box 1500
14 Los Angeles, CA 90053

15 Ezekiel P. Perlo (Jason Lee Schwyhart)
   16133 Ventura Blvd., Suite 1270
16 Encino, CA 91436

17 Paul Potter (John Stinson)
   Potter, Cohen & Samulon
18 3852 East Colorado Blvd.
   Pasadena, CA 91107

19

20 Michael J. Proctor (Henry Michael Houston)
   1000 Wilshire Blvd., Suite 600
21 Los Angeles, CA 90017

22 Dale Michael Rubin (Richard Terflinger capital counsel)
   2275 Huntington Drive, Suite 902
23 San Marino, CA 91108

24 Daniel R. Schattnik (Carl Edgar Knorr, Jr.)
   55 South 9th Street
25 East Alton, Illinois 62024

26 Richard H. Sindel (Carl Edgar Knorr, Jr. capital counsel)
   8000 Carondelet, Suite 301
27 Clayton, MO 63105

28

1 | Richard M. Steingard, Esq. (Wayne Bridgewater)
800 Wilshire Blvd., Suite 1510
2 | Los Angeles, CA 90017
Joseph F. Walsh (Robert Griffin)
3 | 316 West Second Street, Suite 1200
Los Angeles, CA 90012
4 |
Gerard J. Wasson (Jason Lee Schwyhart CJA counsel)
5 | 2664 Fourth Avenue
San Diego, CA 92103
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |