```
1  DARLENE RICKER
   State Bar # 151653
2  P.O. Box 2285
   Malibu, California 90265
3  Telephone: (310) 457-8600
   Facsimile:  (310) 457-8602
4  Email: dmricker@aol.com

5  Standby counsel for defendant
   MICHAEL PATRICK McELHINEY
6
7
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL PATRICK McELHINEY,<br><br>            Defendant. | Case No. CR-02-938-GHK<br><br>**REQUEST TO BE RELIEVED AS CJA STANDBY COUNSEL FOR *PRO SE* DEFENDANT MICHAEL McELHINEY; DECLARATION OF DARLENE RICKER**<br><br>**[PROPOSED] ORDER LODGED**<br><br>Judge: Hon. George H. King<br>Time/Date:  N/A |

Darlene Ricker, CJA standby counsel for *pro se* defendant Michael McElhiney, requests that she be relieved from the representation. This request is based upon the attached declaration of Darlene Ricker and the concurrently filed "Consent by Michael Patrick McElhiney to the Withdrawal of Counsel."

DATED: April 12, 2006

Respectfully submitted,

/s/ DM Ricker
DARLENE RICKER
Standby counsel for M. McElhiney

**REQUEST TO BE RELIEVED AS STANDBY COUNSEL FOR DFT McELHINEY**

# DECLARATION OF DARLENE RICKER

I, DARLENE RICKER, state and declare as follows:

1. I am an attorney licensed to practice law in the state of California and before the bar of this Court. All of the facts stated herein are true of my personal knowledge or upon belief and information and if called upon to testify thereto, I could and would do so competently.

2. This declaration is made in support of the attached Request to be Relieved as CJA Standby Counsel for Defendant Michael McElhiney ("Mr. McElhiney").

3. On April 15, 2003, I was appointed as CJA standby counsel for Mr. McElhiney, who is a *pro se* defendant.

4. On September 7, 2004, James Bisnow was appointed as CJA learned (capital) advisory counsel for Mr. McElhiney. Since that time, Mr. Bisnow has assumed full responsibility for assisting Mr. McElhiney with preparation for both phases of trial (guilt and penalty).

5. Mr. McElhiney's trial is set to begin in six months. I recently inquired about Mr. McElhiney's anticipated pretrial and trial needs with regard to my role as standby counsel. After such inquiry, I

**REQUEST TO BE RELIEVED AS STANDBY COUNSEL FOR DFT McELHINEY**

concluded, and Mr. McElhiney concurred, that this is an appropriate juncture for me to be relieved from the representation.

6. Mr. McEhiney has provided written consent in support of my request to be relieved. See, "Consent by Michael Patrick McElhiney to the Withdrawal of Counsel" [filed concurrently].

7. Based on the foregoing, I respectfully request that my appointment as CJA standby counsel be terminated and that I be relieved as standby counsel for Mr. McElhiney.

Executed this 12th day of April, 2006, under penalty of perjury of the laws of the United States of America, at Malibu, California.

*/s/ DMRicker*
DARLENE M. RICKER

-2-

**REQUEST TO BE RELIEVED AS STANDBY COUNSEL FOR DFT McELHINEY**

# PROOF OF SERVICE

I, Karen Van Hoepen, declare that: I am employed in Los Angeles County, California; my business address is P.O. Box 2285, Malibu, California 90265; I am over the age of eighteen years; I am not a party to the above-entitled action; I am employed by a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of the attached:

**"REQUEST TO BE RELIEVED AS CJA STANDBY COUNSEL FOR PRO SE DEFENDANT MICHAEL McELHINEY; DECLARATION OF DARLENE RICKER"**

on the following individual(s), addressed as follows, by placing same in a sealed envelope for collection and mailing via the United States Post Office at Malibu, California, with sufficient first-class postage attached, on April 12, 2006:

**SEE ATTACHED SERVICE LIST**

This proof of service is executed at Malibu, California, on April 12, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____
KAREN VAN HOEPEN

```
 1                         ATTACHMENT

 2            UNITED STATES v. BARRY BYRON MILLS, et al.
                         No. CR 02-938-GHK
 3

 4  Stephen Wolfe, AUSA
    Office of United States Attorney
 5  1500 U.S. Courthouse
    312 N. Spring Street
 6  Los Angeles, CA 90012

 7  Larry Bakman (Richard Terflinger)
    10100 Santa Monica Blvd., Suite 800
 8  Los Angeles, CA 90067

 9  Michael R. Belter (Ronald Boyd Slocum capital counsel)
    65 North Raymond, Suite 320
10  Pasadena, California 91103

11  Terrence Bennett (John Stinson capital counsel)
    P.O. Box 709
12  Pasadena, CA 91102-0709

13  James Bisnow (Michael McElhiney Advisory Learned Capital Counsel)
    880 West First Street, Suite 304
14  Los Angeles, CA  90012

15  Reuben Cahn (Elliott Grizzle)
    225 Broadway, Suite 900
16  San Diego, CA 92101

17  Donald Calabria (Edgar Hevle)
    16133 Ventura Boulevard, Suite 1270
18  Encino, CA 91436

19  Sonia E. Chahin (Steve Scott)
    2222 Foothill Blvd., Suite E-278
20  La Canada, CA 91011

21  Christopher Chaney (Gary Littrell capital counsel)
    1055 East Colorado Boulevard, Suite 310
22  Pasadena, CA 91106

23  Benjamin Coleman (Elliott Grizzle capital counsel)
    433 G Street, Suite 202
24  San Diego, CA 92101

25  John Cotsirilos (David Chance capital counsel)
    2442 4th Avenue
26  San Diego, CA 92101

27  Michael M. Crain (Robert Griffin capital counsel)
    P.O. Box 3730
28  Santa Monica, CA 90408
```

1  
   Mark H. Donatelli (Henry Michael Houston)  
2   1215 Paseo De Peralta  
   P.O. Box 8180  
3   Santa Fe, New Mexico 87504-8180  

4  
   David R. Evans (Wayne Bridgewater)  
5   202 South Lake Avenue, Suite 230  
   Pasadena, CA 91101  
6  
   Mark Fleming (Barry Mills)  
7   433 G Street #202  
   San Diego, CA 92101  
8  
   Peter Giannini (Edward Burnett capital counsel)  
9   12304 Santa Monica Boulevard, Suite 105  
   Los Angeles, CA 90025  
10  
   William S. Harris (Tyler Bingham)  
11   1499 Huntington Drive, Suite 403  
   South Pasadena, CA 91030-5458  
12  
   Amy E. Jacks (Steve Scott capital counsel)  
13   1717 4th Street, Suite 300  
   Santa Monica, CA 90401  
14  
   Knut Johnson (David Chance)  
15   1010 Second Avenue, Suite 1850  
   San Diego, CA 92101  
16  
   Kenly Kiya Kato (Ronald Boyd Slocum)  
17   468 N. Camden Drive, Suite 200  
   Beverly Hills, CA  90210  
18  
   Jay Lichtman (Edward Burnett)  
19   3550 Wilshire Boulevard, Suite 2000  
   Los Angeles, CA 90010  
20  
   Edward M. Medvene (Gary Littrell)  
21   Lightfoot, Vandevelde, Sadowsky Medvene & Levine  
   655 South Hope Street, Thirteenth Floor  
22   Los Angeles, CA  90017-3211  

23   Michael Patrick McElhiney  
   Reg. No. 04198-097 (8-N)  
24   Metropolitan Detention Center  
   P.O. Box 1500  
25   Los Angeles, CA 90053  

26   Marcia Morrissey (John Stanley Campbell, Jr.)  
   2115 Main Street  
27   Santa Monica, CA 90405  

28

```
 1   Ezekiel P. Perlo (Jason Lee Schwyhart)
     16133 Ventura Blvd., Suite 1270
 2   Encino, CA 91436

 3   Paul Potter (John Stinson)
     Potter, Cohen & Samulon
 4   3852 East Colorado Blvd.
     Pasadena, CA 91107
 5
     Michael J. Proctor (Henry Michael Houston)
 6   1000 Wilshire Blvd., Suite 600
     Los Angeles, CA 90017
 7
     Kenneth A. Reed (Christopher Gibson)
 8   404 West 4th Street, #C
     Santa Ana, CA 92701
 9
     Darlene M. Ricker (Michael McElhiney Standby Counsel)
10   P.O. Box 2285
     Malibu, CA 90265
11
     Bernard Rosen (Edgar Hevle capital counsel)
12   1717 Fourth Street, Suite 300
     Santa Monica, CA 90401
13
     Dale Michael Rubin (Richard Terflinger capital counsel)
14   2275 Huntington Drive, Suite 902
     San Marino, CA 91108
15
     Peter Scalisi, Esq. (Christopher Gibson capital counsel)
16   17897 MacArthur Blvd., Second Floor
     Irvine, CA 92614
17
     Richard M. Steingard, Esq. (Wayne Bridgewater)
18   800 Wilshire Blvd., Suite 1510
     Los Angeles, CA 90017
19
     Dean Steward (Barry Mills)
20   107 Avenida Miramar, Suite C
     San Clemente, CA 92672
21
     Joseph F. Walsh (Robert Griffin)
22   316 West Second Street, Suite 1200
     Los Angeles, CA 90012
23
     Gerard J. Wasson (Jason Lee Schwyhart CJA counsel)
24   2664 Fourth Avenue
     San Diego, CA 92103
25
     Michael White (Tyler Bingham capital counsel)
26   1717 4th St 3FL
     Santa Monica, CA 90401
27

28
```