```
MICHAEL PATRICK McELHINEY
Reg. No. #04198-097
MDCLA 8-A-03/04
535 North Alameda Street
Los Angeles, CA 90012

defendant pro se
```

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-02-00938-GHK |
|---|---|
| Plaintiff, | **CONSENT BY MICHAEL PATRICK MCELHINEY TO THE WITHDRAWAL OF COUNSEL** |
| vs. | |
| MICHAEL PATRICK McELHINEY (008), | |
| Defendant. | |

Defendant Michael Patrick McElhiney hereby consents to the withdrawal of CJA Panel attorney Darlene Ricker as his standby counsel.

Dated: April 10, 2006

_____
Michael Patrick McElhiney, pro se

DOCKETED ON CM
APR 20 2006
BY KJO

- 1 -

2978

## PROOF OF SERVICE

I, Karen Van Hoepen, declare that: I am employed in Los Angeles County, California; my business address is P.O. Box 2285, Malibu, California 90265; I am over the age of eighteen years; I am not a party to the above-entitled action; I am employed by a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of the attached:

**"CONSENT BY MICHAEL PATRICK McELHINEY TO THE WITHDRAWAL OF COUNSEL"**

on the following individual(s), addressed as follows, by placing same in a sealed envelope for collection and mailing via the United States Post Office at Malibu, California, with sufficient first-class postage attached, on April 12, 2006:

**SEE ATTACHED SERVICE LIST**

This proof of service is executed at Malibu, California, on April 12, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____
KAREN VAN HOEPEN

**ATTACHMENT**

<u>UNITED STATES v. BARRY BYRON MILLS, et al.</u>
No. CR 02-938-GHK

Stephen Wolfe, AUSA
Office of United States Attorney
1500 U.S. Courthouse
312 N. Spring Street
Los Angeles, CA 90012

Larry Bakman (Richard Terflinger)
10100 Santa Monica Blvd., Suite 800
Los Angeles, CA 90067

Michael R. Belter (Ronald Boyd Slocum capital counsel)
65 North Raymond, Suite 320
Pasadena, California 91103

Terrence Bennett (John Stinson capital counsel)
P.O. Box 709
Pasadena, CA 91102-0709

James Bisnow (Michael McElhiney Advisory Learned Capital Counsel)
880 West First Street, Suite 304
Los Angeles, CA  90012

Reuben Cahn (Elliott Grizzle)
225 Broadway, Suite 900
San Diego, CA 92101

Donald Calabria (Edgar Hevle)
16133 Ventura Boulevard, Suite 1270
Encino, CA 91436

Sonia E. Chahin (Steve Scott)
2222 Foothill Blvd., Suite E-278
La Canada, CA 91011

Christopher Chaney (Gary Littrell capital counsel)
1055 East Colorado Boulevard, Suite 310
Pasadena, CA 91106

Benjamin Coleman (Elliott Grizzle capital counsel)
433 G Street, Suite 202
San Diego, CA 92101

John Cotsirilos (David Chance capital counsel)
2442 4th Avenue
San Diego, CA 92101

Michael M. Crain (Robert Griffin capital counsel)
P.O. Box 3730
Santa Monica, CA 90408

```
 1
    Mark H. Donatelli (Henry Michael Houston)
 2  1215 Paseo De Peralta
    P.O. Box 8180
 3  Santa Fe, New Mexico 87504-8180

 4
    David R. Evans (Wayne Bridgewater)
 5  202 South Lake Avenue, Suite 230
    Pasadena, CA 91101
 6
    Mark Fleming (Barry Mills)
 7  433 G Street #202
    San Diego, CA 92101
 8
    Peter Giannini (Edward Burnett capital counsel)
 9  12304 Santa Monica Boulevard, Suite 105
    Los Angeles, CA 90025
10
    William S. Harris (Tyler Bingham)
11  1499 Huntington Drive, Suite 403
    South Pasadena, CA 91030-5458
12
    Amy E. Jacks (Steve Scott capital counsel)
13  1717 4th Street, Suite 300
    Santa Monica, CA 90401
14
    Knut Johnson (David Chance)
15  1010 Second Avenue, Suite 1850
    San Diego, CA 92101
16
    Kenly Kiya Kato (Ronald Boyd Slocum)
17  468 N. Camden Drive, Suite 200
    Beverly Hills, CA  90210
18
    Jay Lichtman (Edward Burnett)
19  3550 Wilshire Boulevard, Suite 2000
    Los Angeles, CA 90010
20
    Edward M. Medvene (Gary Littrell)
21  Lightfoot, Vandevelde, Sadowsky Medvene & Levine
    655 South Hope Street, Thirteenth Floor
22  Los Angeles, CA  90017-3211

23  Michael Patrick McElhiney
    Reg. No. 04198-097 (8-N)
24  Metropolitan Detention Center
    P.O. Box 1500
25  Los Angeles, CA 90053

26  Marcia Morrissey (John Stanley Campbell, Jr.)
    2115 Main Street
27  Santa Monica, CA 90405

28
```

```
 1  Ezekiel P. Perlo (Jason Lee Schwyhart)
    16133 Ventura Blvd., Suite 1270
 2  Encino, CA 91436

 3  Paul Potter (John Stinson)
    Potter, Cohen & Samulon
 4  3852 East Colorado Blvd.
    Pasadena, CA 91107
 5
    Michael J. Proctor (Henry Michael Houston)
 6  1000 Wilshire Blvd., Suite 600
    Los Angeles, CA 90017
 7
    Kenneth A. Reed (Christopher Gibson)
 8  404 West 4th Street, #C
    Santa Ana, CA 92701
 9
    Darlene M. Ricker (Michael McElhiney Standby Counsel)
10  P.O. Box 2285
    Malibu, CA 90265
11
    Bernard Rosen (Edgar Hevle capital counsel)
12  1717 Fourth Street, Suite 300
    Santa Monica, CA 90401
13
    Dale Michael Rubin (Richard Terflinger capital counsel)
14  2275 Huntington Drive, Suite 902
    San Marino, CA 91108
15
    Peter Scalisi, Esq. (Christopher Gibson capital counsel)
16  17897 MacArthur Blvd., Second Floor
    Irvine, CA 92614
17
    Richard M. Steingard, Esq. (Wayne Bridgewater)
18  800 Wilshire Blvd., Suite 1510
    Los Angeles, CA 90017
19
    Dean Steward (Barry Mills)
20  107 Avenida Miramar, Suite C
    San Clemente, CA 92672
21
    Joseph F. Walsh (Robert Griffin)
22  316 West Second Street, Suite 1200
    Los Angeles, CA 90012
23
    Gerard J. Wasson (Jason Lee Schwyhart CJA counsel)
24  2664 Fourth Avenue
    San Diego, CA 92103
25
    Michael White (Tyler Bingham capital counsel)
26  1717 4th St 3FL
    Santa Monica, CA 90401
27

28
```