# ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

____ Priority
✓ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

| Case No. | CR 02-938 (A)-GHK | Date | October 3, 2006 |
|---|---|---|---|

Present: The Honorable George H. King, United States District Judge

Interpreter

| Beatrice Herrera | Not Reported | Stephen Wolfe |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Patrick McElhiney | NO | X | | *Pro Se* (Standby Counsel: James Bisnow, Diane Bass) | NO | X | |

Proceedings: Order Re: Defendant McElhiney's Ex Parte Application for Reconsideration of Order Regarding Attorney Fees for Second Counsel

On January 11, 2006, Darlene Ricker, Defendant McElhiney's then second standby counsel, requested that we allow her to bill at the capital counsel rate. We denied the motion because Ms. Ricker had not shown that her service as standby counsel would be sufficiently burdensome so as to justify the higher billing rate.

After Ms. Ricker withdrew as second standby counsel, we appointed Diane Bass to the position on September 18, 2006. However, we denied Mr. McElhiney's request that Ms. Bass be allowed to bill at the capital counsel rate because there had not been any showing that Ms. Bass' service would be sufficiently burdensome so as to justify the higher billing rate.

Mr. McElhiney now requests reconsideration of our September 18, 2006 ruling regarding attorney's fees for Ms. Bass. Ms. Bass indicates that her services in this case will consume enough of her time such that she will be unable to take on other cases. *See* Declaration of Diane C. Bass, at 6. Because we find that the burden of serving as standby counsel will be sufficiently onerous, we GRANT Mr. McElhiney's motion for reconsideration and ORDER that Ms. Bass be compensated at the capital counsel rate of $163 per hour for services rendered in this action.

**IT IS SO ORDERED.**

DOCKETED ON CM
OCT 5 2006

Initials of Deputy Clerk

cc:

CR-11 (09/98)  CRIMINAL MINUTES - GENERAL  Page 1 of 1