GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
STEPHEN G. WOLFE (Cal. Bar No. 116400)
Assistant United States Attorney
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7408
    Facsimile: (213) 894-3713

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-938-GHK |
| Plaintiff, | GOVERNMENT'S STATUS REPORT CONCERNING INTENTION NOT TO RECONSIDER DECISION TO SEEK DEATH PENALTY AGAINST DEFENDANT McELHINEY |
| v. | |
| MICHAEL PATRICK McELHINEY, JASON LEE SCHWYHART | |
| Defendants. | |

Plaintiff United States of America hereby notifies the Court and defendant McElhiney, pursuant to the Court's order dated November 21, 2006, that the government does not intend to reconsider its decision to seek the death penalty against defendant McElhiney.

The government is discussing whether to reconsider its decision to seek the death penalty against defendant Schwyhart, and the government will file a status report concerning that

//
//
//

1 | matter in accordance with the Court's prior order.

2 | Dated: November 28, 2006    Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant U. S. Attorney
Chief, Criminal Division

*/s/ Stephen G. Wolfe*
STEPHEN G. WOLFE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

1

CERTIFICATE OF SERVICE

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S STATUS REPORT CONCERNING INTENTION NOT TO RECONSIDER DECISION TO SEEK DEATH PENALTY AGAINST DEFENDANT McELHINEY**

service was:

| | |
|---|---|
| [ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [ ] By hand delivery addressed as follows: | [ ] By facsimile as follows: |
| [ ] By messenger as follows: | [ ] By federal express as follows: |

**SEE ATTACHMENT**

This Certificate is executed on 11/28/06, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
**CAREY P. CRONIN**

1 **ATTACHMENT**

2 <u>**UNITED STATES v. MICHAEL PATRICK McELHINEY, et al.**</u>
No. CR 02-938-GHK

3

4 James Bisnow
880 West First Street, Suite 304
5 Los Angeles, CA 90012

6 Jason Lee Schwyhart
Reg. No. 04977-045
7 FCI Terminal Island
P.O. Box 3007
8 Terminal Island, CA 90731

9 Michael Patrick McElhiney
Reg. No. 04198-097 (8-N)
10 Metropolitan Detention Center
P.O. Box 1500
11 Los Angeles, CA 90053

12 Ezekiel P. Perlo
16133 Ventura Blvd., Suite 1270
13 Encino, CA 91436