**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NIXIE       606  5E  1           9003/04/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299          0159N064003-00419


RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY


returned; undeliverable
2:02cr938 VAP



NEOPOST
02/24/2021
US POSTAGE $001.20⁰
ZIP 90012
041M11461109
FIRST-CLASS MAIL


Case: 2:02cr938  Doc: 7429

Christopher Overton Gibson REG81372-011
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226